# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIXX GUNNER MUSIC, ET AL., )<br>   Plaintiff(s) )<br> )<br>            v. )<br> )<br>THE QUEST, INC., )<br>   Defendant(s) ) | CIVIL ACTION NO. 3:09-cv-30071-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

**JUDGMENT** entered for the plaintiff Sixx Gunner Music, et al., against the defendant, pursuant to the court's memorandum and order entered this date, granting the plaintiff's motion for damages in the amount of $14,000, $18,495 in attorney's fees, and permanent injunction preventing defendant from further use of plaintiffs' copyrighted material without first obtaining a license.

                                       **SARAH A. THORNTON**,
                                       CLERK OF COURT

Dated: April 15, 2011            By /s/ *Maurice G. Lindsay*
                                                            Maurice G. Lindsay
                                                            Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                                                      [jgm.]