UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

C. A. No. 3:09-CV-30071-MAP

SIXX GUNNER MUSIC, ET AL.,
    Plaintiffs

**ORDER**

v.

THE QUEST, INC.,
    Defendant.

Ponsor, J.

This action came on for hearing on Plaintiffs' Motion for Approval to Levy on Defendant's Cash Register Receipts and Liquor License.

After consideration the motion is hereby allowed and the United States Marshal's Office, the Hampden County Deputy Sheriff's Office or a duly authorized constable is hereby ordered:

1. To levy upon the cash register receipts of Defendant located at 1251 River Road, Agawam, MA 01001-2887, and doing business as Michael Anthony's; and

2. To levy upon, seize and sell the liquor license issued to Defendant pursuant to M.G.L. c. 138, §12, which is kept on Defendant's premises located at 1251 River Road, Agawam, MA 01001-2887, and doing business as Michael Anthony's.

until the outstanding amount of the execution, plus interest and costs of demand, seizure and sale are satisfied.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: Sept. 6, 2011

#10472955_v1